AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

JUAN LUIS SALAZAR        JUAN CARLOS DE LA ROSA
DOB:                     DOB:
PDID:                    PDID:

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JULY 11, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __DETECTIVE LAVINIA QUIGLEY__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE LAVINIA QUIGLEY**
**NARCOTICS SPECIAL INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                        City and State

_____        _____
Name & Title of Judicial Officer   Signature of Judicial Officer